# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELSIE DALOPE,<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>CHANEL, INC.,<br><br>　　　　　　Defendant(s). | Case No. 2:17-cv-02700-GMN-VCF<br><br>**ORDER**<br><br>(Docket No. 12) |

Pending before the Court is a stipulation to change the date of the early neutral evaluation, Docket No. 12, which is hereby **GRANTED**. The early neutral evaluation is **ADVANCED** to 1:30 p.m. on January 30, 2018. The parties shall submit their early neutral evaluation statements by 3:00 p.m. on January 23, 2018. All other requirements in the order at Docket No. 11 continue to govern.

IT IS SO ORDERED.

Dated: November 30, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge