LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Phone: 702-258-3034
E-Service: court@lesstovall.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ELSIE DALOPE,

              Plaintiff,

vs.

CHANEL, INC.,

              Defendants.

CASE NO.: 2:17-cv-02700-GMN-VCF

### STIPULATION TO EXTEND TIME FOR PLAINTIFF'S REPLY TO OPPOSITION AND OPPOSITION TO MOTION TO COMPEL AND DEFENDANT'S REPLY THERETO

The parties through their respective counsel hereby stipulate to extend the time to file plaintiff's reply and opposition to defendant's counter motion to compel from 6/14/18 to 6/18/18 and the time to file defendant's response thereto, be extended to 6/25/18.

Dated this __18th__ June, 2018.

/s/ Leslie Mark Stovall
Leslie Mark Stovall, Esq.
Nevada Bar No. 2566
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: 702.258.3034
Fax: 702.258.0093
Email: court@lesstovall.com

Dated this __18th__ June, 2018

/s/ Timothy W. Roehrs
Timothy W. Roehrs, Esq.
Nevada Bar No. 9668
Littler Mendelson, P.C.
3960 Howard Hughes Parkway Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax: 702.862.8811
Email: Troehrs@littler.com

## ORDER

Based upon the written stipulation of the parties and for good case appearing therefore,

IT IS HEREBY ORDERED that plaintiff's time to file plaintiff's reply and opposition to defendant's counter-motion to compel is extended from 6/14/18 to 6/18/18 and the time for filing defendant's reply thereto, be extended to 6/25/18.

DATED THIS __18th__ day of June, 2018

_____
HONORABLE MAGISTRATE ~~COURT~~ JUDGE

Submitted by:

___/s/ Leslie Mark Stovall___
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: 702.258.3034
Fax: 702.258.0093