```
SAO
STOVALL & ASSOCIATES
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, NV 89107
(702) 258-3034
(702) 258-0093 Fax
eservice: court@lesstovall.com
```
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ELSIE DALOPE,

        Plaintiff,

vs.

CHANEL INC.,

        Defendants.

CASE NO. 2: 17-CV-02700-GMN-VCF

### STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION AND OPPOSITION TO COUNTER MOTION AND DEFENDANT'S REPLY THERETO

COMES NOW the Plaintiff, ELSIE DALOPE, by and through her attorneys, the law firm of STOVALL & ASSOCIATES and Defendant, CHANEL INC., by and through its attorneys, NEIL M. ALEXANDER ESQ., and TIMOTHY W. ROEHRS, ESQ., of the law office of LITTLER MENDELSON, P.C., and hereby stipulate:

That the Plaintiff shall file it's *Reply to Defendant's Opposition to Plaintiff's Motion for Protection and Opposition to the Defendant's Counter Motion to Compel* by June 19th, 2018 and the time for filing Defendant's reply thereto, be extended to June 26th, 2018.

Dated this 19th day of June, 2018.

STOVALL & ASSOCIATES

/s/ Leslie Mark Stovall
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, NV 89107
*Attorney for Plaintiff*

Dated this 19th day of June, 2018.

LITLLER MENDELSON, P.C

/s/ Neil M. Alexander
NEIL M. ALEXANDER, ESQ.
Bar No. 5202
TIMOTHY W. ROEHRS ESQ.
Nevada Bar No. 9668
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169

*Attorneys for Defendant*

## ORDER

Based upon the written stipulation of the parties and for good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's time to file Plaintiff's Reply to Opposition to Defendant's Counter Motion to Compel is extended from June 18th, 2018 to June 19th, 2018 and the time for filing Defendant's reply thereto, is extended to June 26th, 2018.

Dated this 19th day of June, 2018.

_____
HONORABLE MAGISTRATE JUDGE

Submitted by:
STOVALL & ASSOCIATES

  /s/ Leslie Mark Stovall
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, Nevada 89107
P: (702) 258.3034
F: (702) 258.0093
Email: court@lesstovall.com
*Attorney for Plaintiff*

# CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 19th day of June, 2018, service of the foregoing *STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION AND OPPOSITION TO COUNTER MOTION AND DEFENDANT'S REPLY THERETO* was made as indicated below to the following persons:

NEIL M. ALEXANDER, ESQ., Bar #5202
LITTLER MENDELSON, P.C.
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
P: (602) 474-3600
F: (602) 957-1801

TIMOTHY W. ROEHRS, ESQ., Bar #9668
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169
P: (702) 862-8800
F: (702) 862-8811

____ Via US Mail by placing said document in a sealed envelop, with postage prepaid (N.R.C.P. 5(b))

__X__ Via Electronic Filing (N.E.F.R. 9(b))

__X__ Via Electronic Service (N.E.F.R. 9)

____ Via Facsimile (E.D.C.R. 7.26(a))

/s/ Melina Gonzalez
An employee of Stovall & Associates