1  NEIL M. ALEXANDER, ESQ., Bar # 5202
   LITTLER MENDELSON, P.C.
2  Camelback Esplanade
   2425 East Camelback Road, Suite 900
3  Phoenix, AZ  85016
   Telephone:   602.474.3600
4  Fax No.:     602.957.1801
   Email: nalexander@littler.com
5
   JAMIE Y. LEE, ESQ., Bar # 228389 (Pro Hac Vice Granted)
6  LITTLER MENDELSON, P.C.
   2050 Main Street, Suite 900
7  Irvine, CA  92614
   Telephone:   949.705.3000
8  Fax No.:     949.724.1201
   Email: jylee@littler.com
9
   TIMOTHY W. ROEHRS, ESQ., Bar # 9668
10 LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway, Suite 300
11 Las Vegas, NV  89169-5937
   Telephone:   702.862.8800
12 Fax No.:     702.862.8811
   Email: troehrs@littler.com
13
   Attorneys for Defendant
14 CHANEL, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELSIE DALOPE,<br><br>        Plaintiff,<br><br>vs.<br><br>CHANEL, INC.,<br><br>        Defendant. | Case No. 2:17-cv-02700-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

      Plaintiff, ELSIE DALOPE and Defendant, CHANEL, INC. by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: September 18, 2018   Dated: September 18, 2018

Respectfully submitted,   Respectfully submitted,

/s/ Leslie Mark Stovall   /s/ Timothy W. Roehrs
LESLIE MARK STOVALL, ESQ.   NEIL M. ALEXANDER, ESQ.
RICHARD WALTJEN, ESQ.   JAMIE Y. LEE, ESQ.
   TIMOTHY W. ROEHRS, ESQ.
STOVALL & ASSOCIATES   LITTLER MENDELSON, P.C.

Attorneys for Plaintiff   Attorneys for Defendant
ELSIE DALOPE   CHANEL, INC.

## ORDER

**IT IS SO ORDERED.**

**DATED** this  19  day of September, 2018.

_____
Gloria M. Navarro, Chief Judge

United States District Court

Firmwide:157033041.1 037821.1007

LITTLER MENDELSON, P.C.
Attorneys At Law
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600